IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      10021 E 145th Ave Thornton, CO 80602-5704,

        Defendant.

_____

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

_____

The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1.      The United States of America has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801 *et seq.*  This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.      Venue is proper under 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

3.      Defendant property is all real property, including appurtenances and attachments thereto, located at 10021 E. 145th Avenue, Thornton, Colorado, more fully described as follows:

> SUB:Todd Creek Farms Fifth Filing Blk:4 Lot:36, County of Adams, State of Colorado

The property was purchased in November 2017 for $737,000.00, is titled in the name of Richard P. Martinez and Jessica L. Rojas.  It is believed to be encumbered with a Deed of Trust for the benefit of Toni Winkler (Lender).

## SUMMARY OF INVESTIGATION

4.      In June 2017, agents of the Drug Enforcement Administration (DEA) Denver Field Office, Tactical Diversion Squad began investigating Heather Knoll, Richard Martinez, and others as members of a drug trafficking enterprise, which distributes prescription pills, methamphetamine, cocaine and heroin in Northern Colorado.

5.      Investigators were initially pointed to Heather Knoll, who was identified as a mid-level poly-drug supplier and a bulk currency smuggler operating in the North Denver Metro Area.

6.      Based upon the investigation into Heather Knoll, agents identified Richard Paul Martinez as Heather Knoll's boss.  Richard Martinez has been identified as a source of supply (SOS) of large amounts of heroin, cocaine, methamphetamine, and prescription pain narcotics in the North Denver Metro Area with ties to the El Paso, Texas area and the Republic of Mexico.

**Statements from SOI-1**

7.      On June 28, 2017, DEA Special Agent (SA) Jeffrey McVey received information from a reliable source of information (SOI-1) that Heather Knoll is operating as a drug/money courier for a Poly-Drug Trafficking Organization (DTO) operating in the North Denver, Colorado Metro Area.  On July 5, 2017, SA McVey received a picture from this SOI-1 showing a broken up kilogram of cocaine possessed by Heather Knoll.  On the same date, a video was provided to SA McVey of Heather Knoll counting out approximately $20,000.00 in U.S. Currency, purportedly earned from narcotics sales.

8.      Heather Knoll is also reported to sell her prescription medication (Hydrocodone, Oxycodone and Diazepam).  Colorado State Prescription Drug Monitoring Program (PDMP) records indicate that Heather Knoll receives multiple prescriptions per month to include the above-referenced schedule II narcotics.

9.      The SOI-1 indicated that Heather Knoll is known to have transported more than $250,000.00 U.S. currency for the DTO and typically makes weekly trips for the DTO to transport money and narcotics.

**Statements from SOI-2**

10.     On July 21, 2017, TFO Kristi Allen and TFO Tony Collett of the DEA Denver Field Office, Strike Force Group, received information from a Source of Information (SOI-2) about Richard Martinez and his trafficking of narcotics in the Denver Metro Area.

11.     SOI-2 identified Richard Paul Martinez as a distributor of cocaine, methamphetamine and heroin.  According to SOI-2, Martinez goes by "Rich" or

3

"RichyRich" and resides at 9849 Jasper Street, Commerce City (this residence is nicknamed "the castle") and 7815 E. 124th Drive, Thornton, Colorado.  The SOI-2 stated Martinez uses both locations to store drugs and has sophisticated hiding spots in the residences such as in a compartment beneath his hot tub and compartments in the walls.  SOI-2 also said that Richard Martinez also has a marijuana grow at the Commerce City, Colorado residence.  SOI-2 stated Martinez has a trucking company called R&J Transport or R&J Trucking. According to the SOI-2, Richard Martinez has numerous vehicles including a Black Dodge Stratus, a Black Saab that has a hidden compartment, a Black GMC Sierra Denali Pickup, a White Mercedes SUV, and a Navy Blue Mercedes SUV (primarily driven by his girlfriend Jessica Rojas).  SOI-2 identified four phone numbers for Richard Martinez and stated he may carry 6-10 phones at one time.

12.     SOI-2 stated that Richard Martinez obtains large shipments of methamphetamine, cocaine and heroin via Anthony, aka Tony LNU (last name unknown), who resides in Juarez, Mexico and El Paso, Texas.  SOI-2 knew the two met in prison in Colorado.  SOI-2 stated that Richard Martinez sells cocaine for $900/ounce (cut), heroin for $900/25 grams (cut) and he/she were personally purchasing methamphetamine from him two to three months ago (May/June 2017) for $3,200/pound (also cut).  SOI-2 stated that Richard Martinez commonly carries small amounts of drugs in a cut-out Bible.

13.     SOI-2 has personally picked up load (drug) cars for Richard Martinez and believes he receives loads (drugs) about once per month.

Specifically, SOI-2 met a load driver near 104th and I-25 in January of 2017 and was paid $1,000.00 to drive the load car to the 9849 Jasper Street residence. SOI-2 stated the vehicle was a Silver Volkswagen Jetta with Texas plates. SOI-2 stated that the vehicle contained twenty pounds of methamphetamine, which was in a duffle bag in the trunk. SOI-2 knows Richard Martinez to unload the drugs inside his garage at the Commerce City residence.

14.    SOI-2 also identified Robert "the fat mechanic" as a distributor level customer and load driver for Richard Martinez. TFO Allen later identified him as Robert Joseph Knight. SOI-2 stated that Knight is paid $4,500.00 to drive a load car from El Paso, Texas to Denver, Colorado and is also paid $9,000.00 to drive load cars from El Paso to West Virginia (for Richard Martinez). Knight also works as a mechanic for R&J Transport. SOI-2 knows Knight to sell ounces of methamphetamine for $400.00.

### September 28, 2017, CS-1 purchase from Heather Knoll

15.    On September 28, 2017, a reliable confidential source (CS-1) purchased 30mg Oxycodone pills from Heather Knoll. The arrangement was to purchase Oxycodone at $1.00 per milligram (total $3,500.00 in U.S. currency for approximately 117 Pills of Oxycodone).

16.    During the meeting, Heather Knoll told CS-1 that she also had "Blue Ice/Blue Meth," in reference to methamphetamine. Heather Knoll explained to CS-1 that she works for the Denver Bronco's Football Organization, and that they hire her to look after the kids at CU Boulder Football Games. Heather Knoll further explained that she makes about $6,000.00 per game from

selling cocaine and methamphetamine to 60 kids (students) per game on the "rooftop."  Heather Knoll stated that she further had "Shinny White," referencing cocaine, right off the brick, and that the brick had "W85" embossed in it.  Heather Knoll told CS-1 that she goes to El Paso, Texas herself to get the drugs.

### October 19, 2017, CS-1 purchase from Heather Knoll

17.     On October 19, 2017, CS-1 arranged a purchase of methamphetamine from Heather Knoll at the Sprouts Shopping Center located at 555 W. South Boulder Road, Lafayette, Colorado.  Heather Knoll arrived to the parking lot at approximately 11:15 a.m. and got into CS-1's vehicle.  CS-1 provided Heather Knoll with $700.00 in exchange for two ounces of methamphetamine.  During the meeting, Heather Knoll told CS-1 that she could go down to Texas and talk to her boss, who gets Oxycodone pills from Mexico for $30,000.00 dollars (1000 Pills @ 30mg Per Pill), and that CS-1 could buy more pills at a time to get a discount.  Heather Knoll went on to tell CS-1 that she receives Benzodiazepines (anti-anxiety medication) from her doctor to help deal with driving large amounts of drugs through Customs and Border Protection's Interior Checkpoints.

18.     After the meeting with Heather Knoll, investigators met with CS-1, who turned over 57.4 gross grams of suspected methamphetamine.

### November 3, 2017 CS-1 buy from Heather Knoll

19.     On November 3, 2017, CS-1 arranged to purchase $4,800.00 in oxycodone pills from Heather Knoll.  Heather Knoll asked if CS-1 could come to her residence to help her with the "white girl" (slang/coded term for cocaine)

because she had a "rash" and could not go outside (indicating that Heather Knoll did not want to take drugs out of her residence).  CS-1 agreed and arrived at Heather Knoll's residence located at 10131 Grape Court, Thornton, Colorado. Once the CS-1 arrived, Heather Knoll greeted CS-1 in the yard of the residence and invited him/her inside.

20.     Heather Knoll initially provided CS-1 with 150, 30mg pills of oxycodone.  The original deal was for 160, but Heather Knoll stated that she needed to take 10 pills to Boulder, Colorado.  CS-1 provided Heather Knoll with $4,300.00 in U.S. currency for the 150 pills of oxycodone.

21.     CS-1 asked to check out the other one (cocaine).  Heather Knoll then offered CS-1 a sample of cocaine from a brick (1 kilogram) of cocaine that Heather Knoll had in her house.  Heather Knoll took a small amount (2.1 grams of cocaine) and gave it to CS-1.  CS-1 asked Heather Knoll how her trip was and Heather Knoll responded that was one of the "ones" (cocaine) that she just acquired, she only has "two keys left to work with over the weekend."  Heather Knoll stated that because she only has two left, she is probably going to need to go back (to El Paso, TX) to get more.  CS-1 asked if she had "2 lbs?"  Heather Knoll responded she has "2 keys left of 11."  Heather Knoll also said she has to "Bring them the paper, and do another trip."

22.     Heather Knoll also asked if CS-1 wanted heroin as well.  CS-1 asked if he/she could get a sample of it.  Heather Knoll immediately replied "Sure!"  Heather Knoll gave CS-1 a small piece of heroin.

7

23.     After meeting with Heather Knoll, CS-1 met with investigators and turned over 150 pills of suspected oxycodone, 2.1g of cocaine, and 1.2g of heroin. CS-1 stated that Heather Knoll provided her/him with the cocaine and heroin as samples to give his/her clients in case they were interested in purchasing.  CS-1 also stated he/she saw two kilograms of cocaine present in the residence.

**Seizure of $118,955.00 in U.S. Currency and 2005 Jeep Grand Cherokee**

24.     On November 11, 2017, officers observed Heather Knoll drive to the Comfort Inn, located at 670 Eagleridge Boulevard, Pueblo, Colorado, and parked her 2005 Jeep Grand Cherokee.  Heather Knoll appeared as if she was waiting for someone.  At approximately 11:41 a.m., another vehicle (a 2000 Pontiac Bonneville) pulled-up adjacent to Heather Knoll's Jeep Grand Cherokee. Both Heather Knoll and the occupants of the Bonneville acknowledged each other.  Heather Knoll then exited the Jeep Grand Cherokee with a small green Igloo type lunchbox and handed it to the driver of the Bonneville.  The driver then hands Heather Knoll a plastic grocery type bag, described by investigators as being "decently full."  Heather Knoll then takes the plastic bag and gets inside of her Jeep Grand Cherokee.

25.     Heather Knoll then drove in the Jeep Grand Cherokee from the location as surveillance units continued to follow her.  Heather Knoll got back on Interstate 25, southbound, towards El Paso, Texas.

26.     Shortly after, K-9 Detective Vincent Petkosek of the Pueblo Police Department conducted a traffic stop on Heather Knoll.  While Detective Petkosek

was interacting with Heather Knoll, she kept reaching for a cellular phone to try and text someone.  During the traffic stop, Detective Petkosek deployed his Police K-9 (Widget) on the Jeep Grand Cherokee vehicle being operated by Heather Knoll. "Widget" alerted to the odor of narcotics emitting from the Jeep Grand Cherokee after conducting a free air sniff.  Detective Petkosek asked Heather Knoll for permission to search the interior of the Jeep Grand Cherokee. Heather Knoll refused.  Detective Petkosek then advised Heather Knoll he would be seizing the Jeep Grand Cherokee pursuant to probable cause.

27.     During a search of the Jeep Grand Cherokee, investigators initially located approximately 15 pounds of marijuana in the rear of the vehicle inside two suitcases.  As investigators continued to search, a hidden compartment was located in the backseat of the Jeep Grand Cherokee.  This compartment was extremely well made and complex, utilizing electrical wiring, actuators, and trunk latches.  Investigators were able to access this compartment and found $118,955.00 in bulk U.S. currency.

### December 7, 2017 CS-1 Buy from Heather Knoll

28.     On December 7, 2017, CS-1 arranged to purchase $3,000.00 in oxycodone pills from Heather Knoll.  At approximately 10:20 a.m., Heather Knoll arrived in her 2017 Lexus SUV to the Walgreen's Parking Lot and met with CS-1. Heather Knoll provided CS-1 with 100 suspected Oxycodone Pills (30mg/each) in exchange for $3,000.00.

**Seizure of $40,030.00 in U.S. currency and 2017 GMC Denali**

29.     On January 25, 2018, Richard Martinez received a call from an individual later identified as Everardo Nunez-Gutierrez (Nunez).  During the call, Nunez and Richard Martinez discussed Heather Knoll, driving a truck from Indianapolis, Indiana to Denver, Colorado.  Nunez told Richard Martinez that the "truck was ready" but that Nunez had not told Heather Knoll that yet.  Richard Martinez asked Nunez if he should tell her (Heather Knoll) to come back (to Colorado) by herself or whether Nunez wanted to follow it.   Nunez negated and pointed out he was on his way to Chicago, Illinois to drop off the rest of the "paper" (narcotics proceeds).

30.     On January 26, 2018, Colorado State Police Trooper Ryan Cox observed two vehicles traveling near speeds of 80 miles per hour.  At that time, Trooper Cox observed defendant black 2017 GMC Denali tailgating closely to another vehicle.  Moments later, Trooper Cox initiated his lights and pulled the black GMC Denali over to the shoulder of I-70.  Heather Knoll was driving the black GMC Denali.

31.     During the interview with Heather Knoll following her traffic stop, Heather Knoll indicated the 2017 Black GMC Sierra Denali she was driving, and occupied alone, belonged to her cousin Richard Martinez.  (Note: The registered owners of defendant 2017 GMC Denali were Richard P. Martinez and Lydia Ozawald). After getting consent to run his K-9 "Cain" through and around the GMC Denali, CSP K-9 "Cain" alerted to the rear center-seat area of the interior cab of the vehicle.  Upon closer examination of the bolts and surrounding area of

10

the rear seat, along with his narcotic trafficking experience, Trooper Cox had

cause to believe that something was modified to the rear seat area of the GMC

Denali.

32.    On January 29, 2018, pursuant to a state search warrant, DEA and

Colorado State Patrol conducted a search of the 2017 Black GMC Sierra Denali,

CO license QDF472 and discovered a sophisticated hidden hydraulic

compartment contained within the GMC Denali's Speaker System, which was in

the same area in which CSP K-9 "Cain" alerted.  A further examination of the

hidden hydraulic compartment revealed four clear vacuum-sealed plastic bags,

containing stacks of United States currency.  The currency was later counted and

found $40,030.00 in United States currency.

**Text communications with Richard Martinez, regarding distribution**

33.    On January 27, 2018, Richard Martinez exchanged text messages

with an unidentified male, who was a cocaine customer of Richard Martinez.  In

the text messages, Richard Martinez and his customer discussed the price of a

kilogram of cocaine.  Specifically, the customer asked, "how they look."  Richard

Martinez replied that, "they waxing would be 262 but solid."  The customer

replied, "I know you can do 26 bro."  Richard Martinez then replied, "They want

257 wanted 26 so if not I piece (break up kilogram of cocaine)."  The customer

replied, "Yeah you want 26?"  Richard Martinez replied, "262."  The customer

then asked, "Same ones all solid (kilogram of cocaine is intact)?"

**Richard Martinez Met with El Paso, Texas Supplier**

34.     On January 26, 2018, Richard Martinez texted an unidentified male, later identified as Jonathan Martinez, asking when he was coming back.  The unidentified male replied that he would be in town the weekend of February 2, 2018.

35.     On February 2, 2018, GPS location tracking showed the unidentified male's phone leaving El Paso, Texas and travelling northbound to Colorado.

36.     On February 3, 2018, an agent observed Heather Knoll's Lexus SUV parked at Richard Martinez's house at 10021 E. 145th Thornton, Colorado. A few hours later, agents observed Heather Knoll's Lexus pull up to the passenger's side of a white Alpha Romeo SUV with two occupants in her Lexus SUV.  At the same time, the GPS location identified Jonathan Martinez in the area.  The occupants of the Alpha Romeo followed Heather Knoll's Lexus back to Richard Martinez's residence at 10021 E. 145th Thornton, Colorado.  One of the males in the Alpha Romeo met with Richard Martinez for several minutes in his driveway.  Jonathan Martinez then left the residence with a large canvas bag.

37.     Later that evening, Heather Knoll received a call from Richard Martinez.  Richard Martinez asked if Heather Knoll would get any "work" done today.  Heather Knoll replied that she was not sure and said she did not have "papers." Richard Martinez asked Heather Knoll if she wanted him to drop her off with her "coat."  Heather Knoll said no and that she wanted to go on "vacation." Richard Martinez and Heather Knoll continued to discuss if Heather Knoll was ready to work and that Richard Martinez was ready for her to work.  Heather

Knoll kept insisting that she wanted to go on vacation.  Near the end of the conversation, Richard Martinez emphasized that he was ready for Heather Knoll to get back to work right now and asked if Heather Knoll could help him tonight or not. Heather Knoll affirmed she could help. Richard Martinez acknowledged and told Heather Knoll to get her people ready [customers of Heather Knoll].

38.     Based upon the above conversation, it is believed that the El Paso supplier (Jonathan Martinez) dropped narcotics off to Richard Martinez earlier in the day and that Richard Martinez was ready to sell that product and use Heather Knoll to assist in doing so.

39.     Later on February 3, 2018, officers determined based on surveillance and GPS location tracking that Jonathan Martinez was travelling in a Chevy Sonic, with Chihuahua Mexican Plate #EKM4225.  DEA Special Agent McClarie and Officers then contacted the Arapahoe County Sheriff's Office and asked them to perform a vehicle contact of the Chevy Sonic, Chihuahua Mexican License Plate #EKM4225.  Deputies contacted the vehicle and found the single occupant to be Jonathan Jose Martinez.  Arapahoe County Sheriff's Office found that Jonathan Martinez had an active warrant for his arrest out of Denver, Colorado.  He was taken into custody.

40.     A search of Jonathan Martinez's phone revealed a text message conversation with Richard Martinez on February 4, 2018.  Richard texted Jonathan, "All these fools hit I guess only 2 but waiting on the bread (Narcotics proceeds)."  Jonathan replied "Ok just let me know."  Jonathan then texted again later "at what time bro" and "Because my uncle will leave at 9:30."  Richard

replied "Ok asap I hit you."  About an hour later, Jonathan texted, "We ain't looking good huh?" Richard replied, "Only 1 right now waiting for the other one."

41.     Based upon the above text message conversation, investigators believe that Jonathan Martinez is asking Richard Martinez if he has made sales on the delivered narcotics so that Jonathan Martinez can collect the narcotics proceeds and take them to his "uncle," who is likely a narcotics proceeds courier to take down to El Paso, Texas.

### Richard Martinez met with Elid Provencio-Jimenez

42.     On February 13, 2018, Richard Martinez talked to Elid Provencio-Jimenez, calling from a Chicago number.  During this call, Elid Provencio-Jimenez said he would have "that" (believed to be narcotics proceeds) ready in the morning.  Richard Martinez asked if there was anything going on there and Elid Provencio-Jimenez stated his "homie" would be ready in the next couple of days but not right away.  Richard Martinez said they wanted that information (money) and that they were ready.  Elid Provencio-Jimenez said he would get the information (money) right now because he forgot.  Richard Martinez told Elid Provencio-Jimenez that they liked the way it came (narcotics were in good condition) and added that he wanted Elid Provencio-Jimenez to give him a number (how much Elid Provencio-Jimenez wanted to pay for narcotics) so they could get on it, to which Elid Provencio-Jimenez acknowledged.  Elid Provencio-Jimenez said he should be back by next week sometime, that he would call the guy to get that info and would call Richard Martinez back.

43.     On February 14, 2018, Richard Martinez sent an outgoing text to Elid Provencio-Jimenez that stated, "What's that info."  On this same date, at 4:17 pm, Richard Martinez sent another outgoing text to Elid Provencio-Jimenez that stated, "Send that info."  On this same date, at 4:18 p.m., Richard Martinez received an incoming text from Elid Provencio-Jimenez that stated, "Ask them what the marking on them are?" At 4:40 pm, Richard Martinez sent an outgoing text to Elid Provencio-Jimenez stating, "7 15 35."  On February 15, 2018, Richard Martinez received an incoming text from Elid Provencio-Jimenez that read, "1650 1500 1350."  Richard Martinez responded, "That's my prices."

44.     On February 16, 2018, law enforcement intercepted a call between Richard Martinez and Elid Provencio-Jimenez.  During the conversation, Elid Provencio-Jimenez said he would call Lalo (phonetic) and meet up with him to give him some "bread."  Elid Provencio-Jimenez said he was going back tonight so he could have more and would have him (Elid Provencio-Jimenez's brother-in-law) give Richard Martinez 20 ($20,000.00).  Richard Martinez acknowledged and asked how Elid Provencio-Jimenez wanted Richard Martinez to pay for that [product] and asked if he should take it from the other.  Elid Provencio-Jimenez agreed and added he would get there about 9 and would give Richard Martinez more cash.  Richard Martinez said they wanted 30 on each one ($30,000.00 per unit of product/narcotics). Elid Provencio-Jimenez acknowledged.  Richard Martinez said he would check them out since they are different now (different supply).  Elid Provencio-Jimenez acknowledged.  Richard Martinez said they

were willing to come out here with all the bread (money) and then they would ship them (distribute).  Elid Provencio-Jimenez acknowledged.

45.     On February 16, 2018, law enforcement intercepted a call between Richard Martinez and an individual known as Drew.  Drew asked if they could "drop the files off" (money).  Richard Martinez agreed and stated he was downtown.  Drew identified that "Lalo" was driving and Drew conferred with Lalo to meet Richard Martinez downtown.  Officers believes from previous and subsequent intercepted communication that Lalo is the brother-in-law of Elid Provencio-Jimenez and that Lalo and Drew intend to provide narcotics proceeds ("drop off the files") to Richard Martinez as had previously been discussed with Elid Provencio-Jimenez.

46.     On February 16, 2018, officers confirmed, through GPS location tracking, that the telephone used by Elid Provencio-Jimenez was at Chicago O'Hare International Airport at Terminal A.

47.     On February 16, 2018, officers found that Elid Provencio-Jimenez's phone was once again showing active (GPS Precision Location) and was showing in the area of the Denver International Airport.  GPS Precision Location then showed Elid Provencio-Jimenez leaving Denver International Airport and traveling to an area in Brighton, Colorado.  Approximately a few hours later, GPS Precision Location monitoring had Elid Provencio-Jimenez in the area (8m) of 9849 Jasper Street, Commerce City, Colorado 80022.  This location has been previously identified as a narcotics stash house/Marijuana Grow House for the Richard Martinez Drug Distribution Organization.

48.     On February 17, 2018, Elid Provencio-Jimenez left 9849 Jasper Street, Commerce City, Colorado.  At approximately 3:16 p.m., investigators saw (via pole cam) a Silver GMC Arcadia arrive at 46908 E. 106th Avenue, Bennett, Colorado.  Based upon the description, it is believed this GMC Arcadia (CO#853-SFF) is the same one seen at 9849 Jasper Street, Commerce City, Colorado the night before when Elid Provencio-Jimenez arrived from Denver International Airport.  Officers also found GPS Precision Location for Elid Provencio-Jimenez's phone showing at 46908 E 106th Ave Bennett, Colorado at the same time the GMC Arcadia arrived.

49.     At approximately 7:00 p.m., a large black pick-up arrived at 46908 E 106th Avenue, Bennett, Colorado.  Approximately two minutes later, GPS Precision Location showed Elid Provencio-Jimenez leaving 46908 E 106th Avenue, Bennett, Colorado.  At approximately 7:37 p.m., a large black pick-up arrived at 9849 Jasper Street, Commerce City, Colorado.  Approximately two minutes later, GPS Precision Location showed Elid Provencio-Jimenez at 9849 Jasper Street, Commerce City, Colorado.

50.     Later in the evening, officers conducted physical surveillance of 9849 Jasper Street, Commerce City, Colorado.  Around 8:39 p.m., officers observed a Chevrolet Avalanche (CO#SOU-562) parked in front of 9849 Jasper Street, Commerce City, Colorado.  Officers saw a male subject seated in the driver's seat.  A short time later, the driver exited with a large black duffel bag. He walked to the front door and was greeted by a male party (believed to be Elid

Provencio-Jimenez).  Approximately 2 minutes later, the same male left the residence, without the duffel bag, walked to his truck and left the area.

51.     Based upon the above movement, it is believed that the narcotic customer from Chicago, Elid Provencio-Jimenez, traveled from 9849 Jasper Street, Commerce City, Colorado to 46908 E. 106th Ave Bennett, Colorado for the purposes of conducting narcotics related business.

### Heather Knoll Buys Richard Martinez Two Burner Phones

52.     On February 16, 2018, investigators monitored a telephone call between Richard Martinez and Heather Knoll. In the call, Richard Martinez asked Heather Knoll to go get him a new "one."  Heather Knoll told Richard Martinez that "Walgreens was out" and she did not have a chance to go over to "Metro." Heather Knoll told Richard Martinez she had like "10" for him.  Richard Martinez said he would be there at 5:30.

53.     That evening, officers began to track (Electronic GPS Tracker) Heather Knoll's 2017 Lexus SUV and found the vehicle traveling towards a Metro PCS Cellular Phone Store located at 3976 E.104th Avenue, Thornton, Colorado. TFO Josh Atwell arrived a short time later in plain clothing in an unmarked surveillance police vehicle.  TFO Atwell then entered the store and found Heather Knoll standing at the counter speaking to a customer sales associate.  TFO Atwell could overhear Heather Knoll talking to the associate about getting two (2) cellular phones and was asking the associate about calling plans to Mexico.

54.     After Heather Knoll left the store, law enforcement observed her drive her Lexus straight to her residence at 10131 Grape Court, Thornton,

18

Colorado.  Later that evening, Richard Martinez arrived at her residence in a White Jeep Grand Cherokee.  After approximately 20 minutes, Richard Martinez left Heather Knoll's residence and drove back to 10021 E.145th Avenue, Thornton, Colorado.

### February 26, 2018 Seizure of $20,264.00 in U.S. currency

55.     On February 24, 2018, Richard Martinez received and incoming call from a subject later identified as Jonathan Martinez.  During the call, Jonathan Martinez said that he was going to head out that way [to the Denver Metro Areas] cause he needed to do some stuff (narcotics related business) and would meet Richard Martinez for dinner (to deliver narcotics).  Richard Martinez inquired if that was today.  Jonathan Martinez replied tonight, so that way Richard Martinez could try and have everything set up (money for the purchase of narcotics).  Richard Martinez affirmed he already had the money.

56.     Based upon this telephone call, investigators believed that Jonathan Martinez was going to bring narcotics to Richard Martinez.

57.     On February 25, 2018, agents intercepted two calls/texts, which indicated that Jonathan Martinez and Richard Martinez met and that Jonathan Martinez went over to Richard Martinez's residence (10021 E. 145th Avenue, Thornton, Colorado).

58.     On the morning of February 25, 2018, officers observed a Kia in the driveway, which has also been previously identified as a vehicle associated with a narcotics courier organization (CO#307-VMO).  Shortly thereafter, an individual

from the car entered Richard Martinez's residence and then left a few minutes later.

59.     Later that day, a call between an individual with a Mexican phone number, believed to be a source of supply, and Richard Martinez, indicated that Richard Martinez was short $1,500.00 dollars for the narcotics that were taken over to his residence (by the driver of the Kia, who was identified as Jonathan Martinez).  The caller and Richard Martinez continued to negotiate the price of a kilogram of cocaine.  Based on these conversations, it appeared that Richard Martinez and Jonathan Martinez would meet up the next day, on February 26, 2018, to settle-up the outstanding balance.

60.     On February 26, 2018, Richard Martinez received a call from Jonathan Martinez.  Jonathan asks Richard Martinez if he (Richard Martinez) was at his house.  Richard Martinez indicated he was.  Jonathan Martinez stated he would come by in a little while but needed to pick up those files (narcotics) and would take him (Jonathan Martinez) a while and would call Richard Martinez as soon as he (Jonathan Martinez) picks them (narcotics) up.  Richard Martinez acknowledged. At approximately 12:03 p.m., Jonathan Martinez sent Richard Martinez a text message.  Jonathan Martinez indicated that he was there (at Richard Martinez's residence, 10021 E.145th Ave Thornton, Colorado).  This was confirmed via a pole camera, which shows the above noted Kia (CO#307-VMO).  At 12:09 p.m., a male exited the vehicle and goes into Richard Martinez's residence for a few minutes.

61.     DEA TDS Units and Longmont Police Narcotics Detectives then conduct plain-clothes surveillance of the vehicle.  The vehicle is followed S/B from the City of Thornton, Colorado to the City of Colorado Springs.  In Colorado Springs, agents contacted two El Paso County Deputies who conducted a traffic stop on the above noted vehicle.  Jonathan Martinez was driving the vehicle. These deputies conducted a K-9 Sniff of the vehicle.  The K-9 alerted to the presence of the odor of narcotics inside of the vehicle. Investigators seized approximately $20,000 in narcotics proceeds from the occupants of the vehicle. Investigators believe this money was payment to the occupants of the vehicle for their transportation of narcotics and narcotics proceeds.

**March 2, 2018 Arrest of Elid Provincio-Jimenez**

62.     On March 2, 2018, at 10:55 a.m., Richard Martinez called Elid Provincio-Jimenez.  Both parties engage in narcotics related talk and Elid Provincio-Jimenez asked if Richard Martinez was going to come up north (Thornton, CO area).  Elid Provincio-Jimenez told Richard Martinez that before they met he would need to grab the "files" (narcotics related proceeds).  At 12:25 p.m., Elid Provincio-Jimenez called Richard Martinez and the parties agreed to meet at a Walmart in Thornton, Colorado.  Elid Provincio-Jimenez told Richard Martinez that they should follow each other into a neighborhood near the Walmart because he (Elid Provincio-Jimenez) had something "else" on him (later determined to be a stolen handgun).

63.     Subsequent to this phone call, officers, along with surveillance units, followed Richard Martinez in his White Toyota Tundra (CO#UOZ-602)

around the Denver Metro Area.  Richard Martinez was joined by a Black Ford F-150 (VIN# 1FTEW1EF0FFA79912), with a subject driving who was later identified as Fred Tafoya.  Fred Tafoya was identified as Richard Martinez's main local narcotics/money courier.   Richard Martinez and Fred Tafoya were followed to a residence at 11683 Josephine Circle.  The Black Ford F-150 pulled into the driveway of the Josephine Circle residence while Richard Martinez pulled his White Toyota Tundra (CO#UOZ-602) in the street in front of the residence.  A short time later, Richard Martinez left the Josephine Circle residence.

64.    Officers, along with multiple other surveillance units, then continued to follow Richard Martinez in his White Toyota Tundra as it traveled throughout the Denver Metro Area.  Agents eventually observed Richard Martinez pull up to the gas pumps located near the Walmart behind a blue 2011 BMW X-5.  This vehicle had already been identified as being involved in this drug trafficking organization.

65.    The driver of the BMW exited (later identified as Elid Provincio-Jimenez) and entered into the passenger side of Richard Martinez's White Toyota Tundra, carrying a white bag.  Approximately five minutes later, Elid Provincio-Jimenez exited the White Tundra and returned to the BMW carrying a smaller white bag (than the previous bag taken to Richard Martinez's truck).

66.    Surveillance units then followed the above noted BMW away from the meeting with Richard Martinez.  An officer then conducted a traffic stop on the BMW for traffic violations.  At the time of the stop, Elid Provincio-Jimenez was found to have a Misdemeanor No Bond Warrant for his arrest.  During a

search of the vehicle, the officer located approximately 250.43 gg (approximately 1/2 lb.) of cocaine, approximately 40 Xanax pills, $1,700.00 in U.S. currency and a stolen handgun. Elid Provincio-Jimenez was taken into custody and the vehicle he was operating was towed.

### Seizure of $24,500.00 in United States Currency

67.     On March 1, 2018, Richard Martinez was also communicating with another subject, "UM9236," who appeared to be a narcotics customer.  It appeared, based upon intercepted calls, that Richard Martinez would be supplying this subject with cocaine and UM9236 would be paying Richard Martinez for this cocaine.

68.     On March 1, 2018, Richard Martinez and UM9236 negotiated to meet the next day.  On March 2, 2018, Richard Martinez and UM9236 agreed to meet in the City of Thornton for a narcotics transaction.  Richard Martinez notified UM9236 that he (Richard Martinez) was going to send a third party courier, later identified as Fred Tafoya.   UM9236 advised Richard Martinez that he would be driving a White Buick SUV.  It appears, based upon call flow that the transaction occurred between Tafoya and UM9236.

69.     Subsequently, Richard Martinez and UM9236 agreed that UM9236 needed to bring payment for the narcotics transaction to Richard Martinez's courier (again, identified as Fred Tafoya) and that Tafoya and UM9236 could meet in the area of the Ugly Dog Bar and Grill located at 1345 Cortez St Denver, Colorado to do the currency exchange.  While surveillance was following UM9236 in the White Buick, Fred Tafoya is contacted by Richard Martinez.

Richard Martinez told Fred Tafoya that they (UM9236) have all those receipts (currency) and told Fred Tafoya to go to the Ugly Dog to meet him (UM9236). Fred Tafoya agreed and asked if he was to collect/pick up (narcotics proceeds). Richard Martinez affirmed and said to have Fred Tafoya ask UM9236 if he wanted to do anything else (buy any more narcotics). Fred Tafoya asked what the number (amount of money to pick up) would be. Richard Martinez stated around 25 ($25,000.00 in U.S. currency).

70.     At approximately 3:15 p.m., the above-noted White Buick is located in the parking lot of the Lazy Dog occupied by one Hispanic Male. Approximately forty minutes later, a Black Ford F-150 with "Echo" Dealer Plates drove in the vicinity of the above-noted White Buick. This is the same Black Ford F-150 that was seen earlier, rolling tandem, with Richard Martinez. The driver, Fred Tafoya, left his truck with nothing in his hands. He then walked over to the Buick, spent approximately one minute at the Buick, and returned with a white zip pouch in this right hand. He then left the area.

71.     Officers then contacted Deputies with the Adams County Sheriff's Office and directed them to the location of the Black Ford F-150 Pick-Up. A traffic stop was then conducted on the vehicle in the area of Pecos Street and Elmwood Lane, Westminster, Colorado for vehicle code violations. A consensual search of the vehicle was conducted and the white pouch (that was seen in the surveillance) was located inside of the vehicle. Inside of the pouch was a large amount of U.S. currency. The driver, Fred Tafoya, advised that he had $24,500.00 in U.S. currency inside of the pouch.

72.     At approximately 6:15 p.m., Richard Martinez contacted Fred Tafoya.  Fred Tafoya told Richard Martinez that he doesn't want to talk on the phone.  Richard Martinez asked if everything was ok.  Fred Tafoya said it wasn't and that he got pulled over and the police took the paperwork (money).  Fred Tafoya said he wasn't comfortable because the police had his phone for a couple hours (indicating he thought law enforcement may have compromised the telephone).  Richard Martinez told Fred Tafoya to come over (to his residence).

73.     Subsequent calls between Richard Martinez and UM9236 also confirmed that the narcotics proceeds were taken from Fred Tafoya and it appears that Richard Martinez believes that UM9236 was more than likely the one that compromised the narcotics currency exchange.

### Defendant 10021 E.145th Ave Thornton, CO

74.     On November 9, 2017, Richard Martinez and Jessica Rojas purchased the real property located at 10021 E. 145th Avenue, Thornton, Colorado for $737,000.00, with a $110,000.00 down payment.

75.     On November 9, 2017, $12,540.00 was transferred to the lender for a loan origination fee from U.S. Bank Account 103683996278 ("U.S. Bank Account #6278").

76.     On the same day, November 9, 2017, $99,406.53 was also transferred from U.S. Bank Account #6278 to Land Title for the purchase of defendant 10021 E. 145th Avenue.

77.   On September 21, 2016, Jessica L. Rojas opened U.S. Bank Account #6278 in the name of Jessica L. Rojas DBA R&J Transport LLC.  Richard Martinez and Jessica L. Rojas are the signors on this account.

78.   Customer deposits comprise the majority of funds being deposited into U.S. Bank Account #6278, totaling approximately $615,000.00.  It appears the majority of these funds are then spent on operational expenses, including payroll, rent, taxes, and business credit cards.

79.   From September 2016 to December 2017, the account has also received approximately $139,395.02 in cash deposits.  From March 23, 2017 to December 31, 2017, cash deposits totaled $120,567.00, with approximately $85,055.00 of these cash deposits occurring within a four-month period between August 2017 and November 2017, including several large cash deposits.

80.   For example on November 8, 2017, $39,205 in cash was deposited into this account.  On November 9, 2017, $99,406.53 was transferred to Land Title for the purchase of 10021 E. 145th Avenue, Thornton, Colorado 80602, which is the residence of Jessica L. Rojas and Richard P. Martinez, recently purchased for $737,000.00.

81.   Investigators conducted interviews with individuals for whom which Richard Martinez conducted business with in regard to his trucking business "R&J Trucking/R&J Transport."  Investigators found that both companies that Richard Martinez contracted with (Redline Express and Fielder Services) for trucking delivers, etc. never paid Martinez in cash and always paid Martinez with business

checks.  They both stated that cash generally never plays any large role in their business endeavors, besides smaller amounts of petty cash.

82.     Funds deposited into this account also paid other personal expenses, including Nordstrom's credit card, a Mercedes Benz, and the mortgage and loan origination fee for Martinez's personal residence.

83.     In addition, defendant 10021 E. 145th Avenue was also used to facilitate the drug-trafficking operation, as documented through surveillance, pole cameras and wire intercepts.

84.     As set forth above, on January 26, 2018 Martinez met with a cocaine source of supply at his residence, 10021 E.145th Ave Thornton, CO.  Based upon intercepted communications, it appears that Martinez received narcotics from this source of supply, at his residence, and gave the source of supply money for these narcotics.

85.     In addition, on February 24, 2018 and February 25, 2018, Martinez again met with a cocaine source of supply at his residence, 10021 E.145th Ave Thornton, Colorado.  Based upon intercepted communications, it again appeared that Martinez received narcotics from this source of supply, at his residence, and gave the source of supply money for the transport of the narcotics.  Furthermore, DEA Investigators conducted a traffic stop on this source of supply, later on the same day, as the vehicle was traveling S/B on Interstate I-25 in Colorado Springs, Colorado.  The occupants were in possession of $20,000.00 in narcotics proceeds, which investigators believe was a payment for the transport of narcotics to Martinez's residence at 10021 E.145th Ave Thornton, Colorado.

86.     On March 22, 2018, agents executed a search warrant at defendant 1001 E.145th Avenue and located the following items that are indicative of narcotics trafficking and money laundering activities: $4,563.00 in United States currency, Men's Rolex Watch, six cell phones, a digital scale, 32g of steroids, and an electronic money counter.

## VERIFICATION OF JOSHUA ATWELL, TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

I, Task Force Officer Joshua Atwell, hereby state and aver under the pain and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Joshua Atwell
Task Force Officer – DEA

STATE OF COLORADO          )
                           )
COUNTY OF *Arapahoe*       )

The foregoing was acknowledged before me this 27th day of August, 2018 by *Josh Atwell*, Task Force Officer, Drug Enforcement Administration.

```
RICHARD J FERGON
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20154004496
My Commission Expires 02/02/2019
```

Notary Public - Colorado
My Commission Expires: 2-2-19

## FIRST CLAIM FOR RELIEF

87.     The Plaintiff repeats and incorporates by reference the paragraphs above.

88.     By the foregoing and other acts, defendant 10021 E.145th Ave, Thornton, Colorado constitutes proceeds traceable to an exchange of controlled substances, and money used or intended to be used to facilitate violations of 21 U.S.C. § 801, *et seq.*, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SECOND CLAIM FOR RELIEF

89.     The Plaintiff repeats and incorporates by reference the paragraphs above.

90.     By the foregoing and other acts, defendant 10021 E.145th Ave, Thornton, Colorado constitutes real property being used, or intended to be used, in any manner or part to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, *et seq.*, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7).

## THIRD CLAIM FOR RELIEF

91.     The Plaintiff repeats and incorporates by reference the paragraphs above.

92.     By the foregoing and other acts, defendant 10021 E.145th Ave, Thornton, Colorado constitutes real property involved in, or property traceable thereto, the commission of violations of 18 U.S.C. §§ 1956 and 1957, *et seq.*, and therefore is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 27th day of August, 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By:  s/Tonya S. Andrews
Tonya S. Andrews
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*